IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY FAHY,                              :
                                         :
    Plaintiff,                           :    Civil Action
                                         :
    v.                                   :    No. 10-1561
                                         :
LINDEN RESEARCH, INC., et al.,           :
                                         :
    Defendants.                          :

**ORDER**

AND NOW, this 13th day of October, 2010, upon review of the docket in the above-captioned case and it being apparent that Plaintiff has not filed proof of service of the Summons and Complaint upon Defendants within the 120-day deadline under Federal Rule of Civil Procedure 4(m), and upon consideration of Plaintiff's failure to respond to the Court's Show Cause Order of August 27, 2010 (Doc. No. 4) and his failure to appear at the Court's Show Cause Hearing on October 7, 2010, it is ORDERED that the action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

                        BY THE COURT:

                         /s/ Joel H. Slomsky, J.
                        JOEL H. SLOMSKY, J.